DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TIMOTHY HAWKINS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0988

[June 4, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; August A. Bonavita, Judge; L.T. Case No. 502024CT000607AXXXMB.

Daniel Eisinger, Public Defender, and Mara Catherine Herbert, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Nathanial LeBlanc, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, SHEPHERD and LOTT, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***